# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| LINDA COX,<br><br>        Plaintiff,<br><br>vs.<br><br>RICHLAND HOLDINGS, INC. d/b/a<br>ACCOUNT CORP OF SOUTHERN NEVADA,<br>*et al.*,<br><br>        Defendants. | 2:16-cv-02914-APG-VCF<br>**ORDER** |

The Court has reviewed the Emergency Motion to Continue or For Waiver of Appearance re: hearing on Defendants' Joint Motion for Case Dispositive Sanctions and Monetary Sanctions (ECF No. 37).

Accordingly,

IT IS HEREBY ORDERED that the Emergency Motion to Continue or For Waiver of Appearance re: hearing on Defendants' Joint Motion for Case Dispositive Sanctions and Monetary Sanctions (ECF No. 37) is GRANTED, in part.

IT IS FURTHER ORDERED that the hearing on Defendants' Joint Motion for Case Dispositive Sanctions and Monetary Sanctions (ECF No. 33) scheduled for 10:00 am, September 18, 2017, is RESCHEDULED to 2:30 p.m., September 22, 2017, in Courtroom 3D.

IT IS FURTHER ORDERED that Plaintiff Linda Cox must attend the September 22, 2017 hearing in person.

DATED this 14th day of September, 2017.

                                                      CAM FERENBACH<br>
                                                    UNITED STATES MAGISTRATE JUDGE