# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| LINDA COX, | |
| Plaintiff, | |
| vs. | 2:16-cv-02914-APG-VCF |
| RICHLAND HOLDINGS, INC., d/b/a ACCOUNT CORP OF SOUTHERN NEVADA, *et al.*, | **ORDER** |
| Defendants. | |

Before the Court are Defendant Richland Holdings, Inc. d/b/a AcctCorp of Southern Nevada's and Parker & Edwards, Inc.'s Emergency Motion to Set a Briefing Schedule or, Alternatively, to Extend Response Deadline and Allow a Sur-Reply (ECF No. 42) and Defendant The Langsdale Law Firm, P.C.'s Joinder to the Emergency Motion to Set a Briefing Schedule or, Alternatively, to Extend Response Deadline and Allow a Sur-Reply (ECF No. 43).

Accordingly,

IT IS HEREBY ORDERED that a hearing (on ECF Nos. 42 and 43), to address the need for discovery with regards to the motion to disqualify (ECF No. 39), and to set a briefing schedule, is set for 1:00 PM, October 6, 2017, in Courtroom 3D.

IT IS FURTHER ORDERED that Vernon Nelson, Esq. must appear in person at the October 6th hearing.

IT IS FURTHER ORDERED that the briefing on the motion to disqualify defendants' counsel (ECF No. 39) is STAYED.

DATED this 28th day of September, 2017.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE