# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| LINDA COX,<br><br>            Plaintiff,<br><br>vs.<br><br>RICHLAND HOLDINGS, INC., *et al.*,<br><br>            Defendants. | 2:16-cv-02914-APG-VCF<br>**ORDER** |

Before the Court is the Request for Status Conference (ECF No. 52).

Accordingly,

IT IS HEREBY ORDERED that a status hearing is scheduled for 2:30 PM, October 27, 2017, in Courtroom 3D.

DATED this 19th day of October, 2017.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE