**Marquis Aurbach Coffing**
Terry A. Coffing, Esq.
Nevada Bar No. 4949
Chad F. Clement, Esq.
Nevada Bar No. 12192
Jared M. Moser, Esq.
Nevada Bar No. 13003
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
tcoffing@maclaw.com
cclement@maclaw.com
jmoser@maclaw.com
*Attorneys for Defendants Richland Holdings, Inc. d/b/a AcctCorp of Southern Nevada and Parker & Edwards, Inc.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LINDA COX,<br><br>    Plaintiff,<br><br>vs.<br><br>RICHLAND HOLDINGS, INC. d/b/a ACCOUNT CORP OF SOUTHERN NEVADA, a Nevada Corporation; PARKER & EDWARDS, INC., a Nevada Corporation; and THE LANGSDALE LAW FIRM, P.C., a Nevada professional corporation,<br><br>    Defendants. | Case Number: 2:16-cv-02914-APG-VCF<br><br>**STIPULATION AND ORDER TO EXTEND DISPOSITIVE MOTION DEADLINE**<br><br>**(FIRST REQUEST)** |

Plaintiff Linda Cox ("Plaintiff") and Defendants Richland Holdings, Inc. d/b/a AcctCorp of Southern Nevada ("AcctCorp"), Parker & Edwards, Inc., and The Langsdale Law Firm, P.C. (together, the "Parties"), by and through their respective counsel of record, hereby stipulate and jointly move the Court, pursuant to LR 26-4, for an Order Extending the Dispositive Motion Deadline an additional thirty (30) days. The current deadline of December 7, 2017 for dispositive motions would be extended to **January 5, 2018**.

/ / /

/ / /

1. The deposition of Harry Jacobs, Principal of Safeguard Credit, LLC d/b/a Credit Restoration of Nevada, is scheduled for December 7, 2017, to be conducted at the Federal Courthouse. *See* ECF No. 61.

2. On November 15, 2017, this Court entered an Order on the Parties' stipulation for Experian Information Solutions, Inc. to produce documents in response to AcctCorp's subpoena, production of which AcctCorp is currently awaiting. *See* ECF No. 64.

3. Accordingly, because these two outstanding issues may affect the content of dispositive motions, the Parties submit that good cause exists to extend the dispositive motion deadline from December 7, 2017, to **January 5, 2018**.

**IT IS SO STIPULATED.**

Dated this 20th day of November, 2017.

LAW OFFICE OF VERNON NELSON
 */s/ Margaret G. Foley*
VERNON A. NELSON, JR., ESQ.
Nevada Bar No. 6434
MARGARET G. FOLEY, ESQ.
Nevada Bar No. 7703
JOHN P. SKALAK, ESQ.
Nevada Bar No. 4385
ANDREW WASIELEWSKI, ESQ.
Nevada Bar No. 6161
MELISSA INGLEBY, ESQ.
Nevada Bar No. 12935
9480 S. Eastern Avenue, Suite 252
Las Vegas, Nevada 89123
*Attorneys for Plaintiff Linda Cox*

Dated this 20th day of November, 2017.

MARQUIS AURBACH COFFING
 */s/ Jared M. Moser*
TERRY A. COFFING, ESQ.
Nevada Bar No. 4949
CHAD F. CLEMENT, ESQ.
Nevada Bar No. 12192
JARED M. MOSER, ESQ.
Nevada Bar No. 13003
10001 Park Run Drive
Las Vegas, Nevada 89145
*Attorneys for Defendants Richland Holdings, Inc. and Parker & Edwards, Inc.*

Dated this 20th day of November, 2017.

ROPERS, MAJESKI, KOHN & BENTLEY
 */s/ Timothy J. Lepore*
STEPHEN J. ERIGERO, ESQ.
Nevada Bar No. 11562
TIMOTHY J. LEPORE, ESQ.
Nevada Bar No. 13908
3753 Howard Hughes Parkway, Suite 200
Las Vegas, Nevada 89169
T: 702-954-8300
F. 213-312-2001
*Attorneys for Defendant Langsdale Law Firm, P.C.*

MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

*Cox vs. Richland Holdings, Inc. et al.*, Case No. 2:16-cv-02914-APG-VCF
Stipulation and Order to Extend Dispositive Motion Deadline (First Request)

**IT IS SO ORDERED:**

**DATED:** November 20, 2017.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE