# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

LINDA COX,

        Plaintiff,

vs.

RICHLAND HOLDINGS, INC., *et al.*,

        Defendants.

2:16-cv-02914-APG-VCF

**ORDER**

      Before the Court is *Linda Cox v. Richland Holdings, Inc., et al.*, case no. 2:16-cv-02914-APG-VCF. On November 1, 2017, the briefing schedule on the Motion to Disqualify Attorney (ECF No. 39) was stayed pending the Jacob deposition and the parties were ordered to submit a proposed briefing schedule after the deposition. (ECF No. 60). The parties held the deposition.

      Accordingly,

      IT IS HEREBY ORDERED that on or before December 29, 2017, the parties must file a proposed schedule for briefing on the Motion to Disqualify Attorney (ECF No. 39).

      DATED this 14th day of December, 2017.

                                                  CAM FERENBACH
                                                  UNITED STATES MAGISTRATE JUDGE