1 VERNON A. NELSON, JR., ESQ.
Nevada Bar No.:  6434
2 MARGARET G. FOLEY, ESQ.
Nevada Bar No.:  7703
3 JOHN P. SKALAK, ESQ.
Nevada Bar No.:  4385
4 Melissa Ingleby, ESQ.
Nevada Bar No.:  12935
5 THE LAW OFFICE OF VERNON NELSON
9480 S. Eastern Ave., Ste. 252
6 Las Vegas, NV   89123
Tel.: 702-476-2500
7 Fax.: 702-476-2788
E-mail: vnelson@nelsonlawfirmlv.com
8 *Attorney for Plaintiff Linda Cox*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LINDA COX,<br><br>Plaintiff,<br><br>v.<br><br>RICHLAND HOLDINGS, INC. d/b/a ACCOUNT CORP OF SOUTHERN NEVADA, a Nevada Corporation; PARKER & EDWARDS, INC., a Nevada Corporation; and THE LANGSDALE LAW FIRM, P.C., a Nevada professional corporation,<br><br>Defendants | Case No.:  2:16-cv-02914-APG-VCF<br><br>~~PROPOSED~~ **SCHEDULE, AND ORDER THEREON, FOR ADDITIONOAL BRIEFING ON THE [39] MOTION TO DISQUALIFY ATTORNEY** |

Pursuant to the Court's December 15, 2016 Order [Doc. 68], the parties, by and through their respective counsel of record, hereby stipulate to and request that the Court enter an order setting the following additional briefing schedule on Plaintiff's Motion To Disqualify Defendants' Counsel [Doc. 39] (filed September 15, 2017):

1. Defendants' counsel shall have until January 26, 2018, to file a Response to the referenced motion;

2. Plaintiffs shall have two (2) calendar weeks from the date Defendants file their Response to file a Reply.

Based on the foregoing, the Parties respectfully request that the Court adopt the above schedule as its Order on [Doc. 68] Order referenced above, and that the Court schedule a hearing on the pending motion on the first date following the close of briefing convenient to the Court's schedule.

Dated this 29th day of December, 2017.

THE LAW OFFICE OF VERNON NELSON

 */s/ Vernon Nelson*
VERNON A. NELSON, JR.
Nevada Bar No. 6434
MARGARET G. FOLEY
Nevada Bar No.: 7703
JOHN P. SKALAK
Nevada Bar No.: 4385
Melissa Ingleby
Nevada Bar No.: 12935
9480 S. Eastern Avenue, Suite 252
Las Vegas, NV 89123
T: 702-476-2500 | F: 702-476-2788
Attorneys for Plaintiff Linda Cox

Dated this 29th day of December, 2017.

MARQUIS AURBACH COFFING

 */s/ Jared M. Moser*
Chad F. Clement, Esq.
Nevada Bar No.: 12192
Jared M. Moser, Esq.
Nevada Bar No.: 13003
10001 Park Run Drive
Las Vegas, NV 89145
Phone: 702.207.6092
Email: cclement@maclaw.com
jmoser@maclaw.com
Attorneys for Richland Holdings, Inc.,
d/b/a AcctCorp of Southern Nevada and
PARKER & EDWARDS, INC.

/ / / /

/ / / /

/ / / /

/ / / /

/ / / /

/ / / /

/ / / /

/ / / /

/ / / /

/ / / /

/ / / /

/ / / /

/ / / /

Dated this 29th day of December, 2017.

ROPERS, MAJESKI, KOHN & BENTLEY

 */s/ Timothy J. Lepore*
Stephen J. Erigero, Esq.
Nevada Bar No.: 11562
Timothy J. Lepore, Esq.
Nevada Bar No.: 13908
3753 Howard Hughes Pkwy., Suite 200
Las Vegas, Nevada 89169
Telephone: (702) 954-8300
Facsimile: (213) 312-2001
Email: stephen.erigero@rmkb.com
timothy.lepore@rmkb.com
Attorneys for Defendant
THE LANGSDALE LAW FIRM, P.C.

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 1-2-2018

CASE NO: 2:16-cv-02914-APG-VCF

IT IS HEREBY ORDERED a hearing on the Motion to Disqualify Attorney (ECF No. 39) is scheduled for 10:00 AM, February 15, 2018, in Courtroom 3D.

3