# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| LINDA COX, | |
| Plaintiff, | |
| vs. | 2:16-cv-02914-APG-VCF |
| RICHLAND HOLDINGS, INC., *et al.*, | **ORDER** |
| Defendants. | |

Before the Court is the Request for Leave to Respond to Defendants' Affidavits and Exhibits Concerning Attorneys' Fees and Costs (ECF No. 101).

Plaintiff has given sufficient reason to grant the instant motion.

Accordingly, and for good cause shown,

IT IS HEREBY ORDERED that the Request for Leave to Respond to Defendants' Affidavits and Exhibits Concerning Attorneys' Fees and Costs (ECF No. 101) is GRANTED. Plaintiff has until March 13, 2018 to file a response to Defendants' Affidavits and Exhibits Concerning Attorneys' Fees and Costs.

DATED this 9th day of March, 2018.

                                                                                                  CAM FERENBACH
                                                                                                  UNITED STATES MAGISTRATE JUDGE