**Marquis Aurbach Coffing**
Terry A. Coffing, Esq.
Nevada Bar No. 4949
Chad F. Clement, Esq.
Nevada Bar No. 12192
Jared M. Moser, Esq.
Nevada Bar No. 13003
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
tcoffing@maclaw.com
cclement@maclaw.com
jmoser@maclaw.com
*Attorneys for Richland Holdings, Inc.*
*d/b/a AcctCorp of Southern Nevada*
*and Parker & Edwards, Inc.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LINDA COX,<br><br>Plaintiff,<br><br>vs.<br><br>RICHLAND HOLDINGS, INC., d/b/a ACCOUNT CORP OF SOUTHERN NEVADA, a Nevada Corporation; PARKER & EDWARDS, INC. a Nevada Corporation; and THE LANGSDALE LAW FIRM, P.C. a Nevada professional corporation,<br><br>Defendants. | Case Number: 2:16-cv-02914-APG-VCF<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANTS RICHLAND HOLDINGS, INC. d/b/a ACCTCORP OF SOUTHERN NEVADA'S AND PARKER & EDWARDS, INC.'S TO FILE REPLY IN SUPPORT OF MOTION TO STRIKE PLAINTIFF'S AMENDED COMPLAINT FOR DAMAGES PURSUANT TO THE FAIR DEBT COLLECTION PRACTICES AND RELATED STATE LAWS [ECF NO. 95]**<br><br>**(FIRST REQUEST)** |

Defendants Richland Holdings, Inc. d/b/a AcctCorp of Southern Nevada ("AcctCorp") and Parker & Edwards, Inc. ("P & E"), by and through their attorneys of record, the law firm of Marquis Aurbach Coffing, and Plaintiff Linda Cox ("Cox"), by and through her counsel of record, The Law Office of Vernon Nelson, hereby stipulate and agree as follows:

/ / /

1. On February 26, 2018 Defendants AcctCorp and P&E filed their Motion to Strike Plaintiff's Amended Complaint for Damages Pursuant to the Fair Debt Collection Practices and Related State Laws [ECF No. 95];

2. On March 8, 2018 Plaintiff filed their Response to Motion to Strike Plaintiff's Amended Complaint for Damages Pursuant to the Fair Debt Collection Practices and Related State Laws [ECF No. 102];

3. Defendants AcctCorp and P&E's Reply in support of their Motion to Strike Plaintiff's Amended Complaint for Damages Pursuant to the Fair Debt Collection Practices and Related State Laws is currently due on March 15, 2018;

4. The Parties have agreed to an extension of the deadline by which Defendants must file their Reply in support the Motion to Strike Plaintiff's Amended Complaint for Damages Pursuant to the Fair Debt Collection Practices and Related State Laws to March 26, 2018.

IT IS SO STIPULATED.

| MARQUIS AURBACH COFFING | THE LAW OFFICE OF VERNON NELSON |
|---|---|
| By /s/ Jared M. Moser<br>Terry A. Coffing, Esq.<br>Nevada Bar No. 4949<br>Chad F. Clement, Esq.<br>Nevada Bar No. 12192<br>Jared M. Moser, Esq.<br>Nevada Bar No. 13003<br>10001 Park Run Drive<br>Las Vegas, Nevada 89145<br>*Attorneys for Richland Holdings, Inc.*<br>*d/b/a AcctCorp of Southern Nevada*<br>*and Parker & Edwards, Inc.* | By /s/ Melissa Ingleby<br>Vernon A. Nelson, Jr. Esq.<br>Nevada Bar No. 6434<br>Melissa Ingleby, Esq.<br>Nevada Bar No. 12935<br>9480 S. Eastern Ave., Ste. 252<br>Las Vegas, NV 89123<br>vnelson@nelsonlawfirmlv.com<br>mingleby@nelsonlawfirmlv.com<br>*Attorneys for Plaintiff* |

/ / /

/ / /

/ / /

/ / /

MAC:14665-001 3349301_1 3/13/2018 3:55 PM

**ORDER**

Based on the Parties' foregoing Stipulation and for good cause appearing,

**IT IS SO ORDERED** that Defendants AcctCorp and P&E's last day to file a Reply in Support of their Motion to Strike Plaintiff's Amended Complaint for Damages Pursuant to the Fair Debt Collection Practices and Related State Laws to March 26, 2018.

Dated: March 13, 2018.

_____
U.S. DISTRICT COURT JUDGE

MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

MAC:14665-001 3349301_1 3/13/2018 3:55 PM