STEPHEN J. ERIGERO
Nevada Bar No. 11562
TIMOTHY J. LEPORE
Nevada Bar No. 13908
ROPERS, MAJESKI, KOHN & BENTLEY
3753 Howard Hughes Pkwy., Suite 200
Las Vegas, Nevada 89169
Telephone:  (702) 954-8300
Facsimile:  (213) 312-2001
Email:  stephen.erigero@rmkb.com
timothy.lepore@rmkb.com

Attorneys for Defendant
THE LANGSDALE LAW FIRM, P.C.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LINDA COX,<br><br>Plaintiff,<br><br>v.<br><br>RICHLAND HOLDINGS, INC. d/b/a/ ACCOUNT CORP OF SOUTHERN NEVADA, a Nevada Corporation, PARKER & EDWARDS, INC., a Nevada Corporation, and THE LANGSDALE LAW FIRM, P.C., a Nevada professional corporation,<br><br>Defendants. | Case No. 2:16-cv-02914-APG-VCF<br><br>**FIRST STIPULATION OF EXTENSION OF TIME TO RESPOND TO FILE REPLY IN SUPPORT OF MOTION TO STRIKE PLAINTIFF'S AMENDED COMPLAINT FOR DAMAGES PURSUANT TO THE FAIR DEBT COLLECTION PRACTICES AND RELATED STATE LAWS [ECF NO. 95]** |

Defendant The Langsdale Law Firm, P.C. ("Langsdale"), by and through their attorneys of record, the law firm of Ropers Majeski Kohn & Bentley, P.C., and Plaintiff Linda Cox ("Cox"), by and through her counsel of record, The Law Office of Vernon Nelson, hereby stipulate and agree as follows:

1. On February 23, 2018 Defendants AcctCorp and P&E filed their Motion to Strike Plaintiff's Amended Complaint for Damages Pursuant to the Fair Debt Collection Practices and Related State Laws. ECF No. 97.

2. On March 9, 2018 Plaintiff filed their Response to Motion to Strike Plaintiff's Amended Complaint for Damages Pursuant to the Fair Debt Collection Practices and Related

4839-1247-3439.1

State Laws. ECF No. 103.

3. Langsdale Reply in support of their Motion to Strike Plaintiff's Amended Complaint for Damages Pursuant to the Fair Debt Collection Practices and Related State Laws is currently due on March 16, 2018;

4. The Parties have stipulated to extend the deadline by which Langsdale must its Reply in support of Langsdale's Motion to Strike Plaintiff's Amended Complaint for Damages Pursuant to the Fair Debt Collection Practices and Related State Laws to March 26, 2018.

5. This is the first stipulation of time for Langsdale to file its Reply in support of Langsdale's Motion to Strike Plaintiff's Amended Complaint for Damages Pursuant to the Fair Debt Collection Practices and Related State Laws.

IT IS SO STIPULATED.

Dated: March 15, 2018    ROPERS, MAJESKI, KOHN & BENTLEY

By: /s/ *Timothy J. Lepore*
    Stephen J. Erigero
    Timothy J. Lepore
    Attorneys for Defendant
    THE LANGSDALE LAW FIRM, P.C.

Dated: March 15, 2018    THE LAW OFFICE OF VERNON NELSON

By: */s/ Melissa Ingleby*
    Vernon A. Nelson, Jr.
    Melissa Ingleby
    Attorneys for Plaintiff
    LINDA COX

## **ORDER**

Based on the Parties' foregoing Stipulation and for good cause appearing,

**IT IS SO ORDERED** that Defendant Langsdale's last day to file a Reply in Support of its Motion to Strike Plaintiff's Amended Complaint for Damages Pursuant to the Fair Debt Collection Practices and Related State Laws to March 26, 2018.

DATED this 15th day of March, 2018.

_____
U.S. MAGISTRATE JUDGE

**CERTIFICATE OF SERVICE**

I hereby certify that on this 15th day of March, 2018, I served a true and correct copy of the foregoing **FIRST STIPULATION OF EXTENSION OF TIME TO RESPOND TO FILE REPLY IN SUPPORT OF MOTION TO STRIKE PLAINTIFF'S AMENDED COMPLAINT FOR DAMAGES PURSUANT TO THE FAIR DEBT COLLECTION PRACTICES AND RELATED STATE LAWS [ECF NO. 95]** via the Court's CM/ECF electronic filing and service system to all parties on the current service list.

/s/ *Peggy Kurilla*
Peggy Kurilla, an employee of
ROPERS, MAJESKI, KOHN & BENTLEY