# UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

Linda Cox

**JUDGMENT FOR ATTORNEY FEES IN A CIVIL CASE**

Plaintiff,

v.

Case Number: 2:16-cv-02914-APG-VCF

Richland Holdings, Inc., et al

Defendant.

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

__X__ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that The Law Firm of Vernon Nelson must pay $3,000 to Richland Holdings on or before March 29, 2018 and The Law Firm of Vernon Nelson must pay $1,500 to The Langsdale Law Firm on or before March 29, 2018.

3/16/2018
Date

DEBRA K. KEMPI
Clerk

/s/ S. Denson
Deputy Clerk