# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LINDA COX,<br><br>    Plaintiff<br><br>v.<br><br>RICHLAND HOLDINGS, INC., et al.,<br><br>    Defendants | Case No.: 2:16-cv-02914-APG-VCF<br><br>**Order Denying Motion for Summary Judgment as Moot**<br><br>[ECF No. 122] |

In light of the notice of settlement (ECF No. 125),

IT IS ORDERED that defendant Langsdale Law Firm's motion for summary judgment **(ECF No. 122) is DENIED as moot**.

DATED this 2nd day of July, 2018.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE