VERNON A. NELSON, JR., ESQ.
Nevada Bar No.:  6434
THE LAW OFFICE OF VERNON NELSON
9480 S. Eastern Ave., Ste. 244
Las Vegas, NV   89123
Tel.:  702-476-2500
Fax.:  702-476-2788
E-mail: vnelson@nelsonlawfirmlv.com
*Attorneys for Plaintiff Linda Cox*

UNTIED STATES DISTRICT COURT

DISTRICT COURT NEVADA

| | |
|---|---|
| LINDA COX, | Case No.: 2:16-cv-02914-APG-VCF |
| Plaintiff, | |
| v. | **NOTICE OF APPEAL** |
| RICHLAND HOLDINGS, INC. d/b/a ACCTCORP OF SOUTHERN NEVADA, a Nevada Corporation; PARKER & EDWARDS, INC., a Nevada Corporation, and The LANGSDALE LAW FIRM, P.C., a Nevada Professional Corporation, | |
| Defendants. | |

Notice is hereby given that LINDA COX, Plaintiff in the above-named case, hereby appeals to the United States Court of Appeals for the Ninth Circuit from the final judgment entered in this action on the 1st day of April, 2019.

A Representation Statement pursuant to Circuit Rule 3-2(b) is attached to this Notice of Appeal.

/ / /

/ / /

/ / /

/ / /

/ / /

THE LAW OFFICE OF VERNON NELSON
ATTORNEY AT LAW

DATED this 2nd day of April, 2019.

THE LAW OFFICE OF VERNON NELSON

By: _____/s/ Vernon Nelson_____
VERNON NELSON, ESQ.
Nevada Bar No.: 6434
9480 S. Eastern Avenue, Suite 244
Las Vegas, NV   89123
Tel:  702-476-2500
Fax:  702-476-2788
E-Mail:  vnelson@nelsonlawfirmlv.com
*Attorneys for Plaintiff Linda Cox*

**CERTIFICATE OF SERVICE**

I, <u>Jennifer Martinez</u>, declare under penalty of perjury that on the 2nd day of April, 2019, I served copies of the Notice of Appeal by first class US mail and via electronic email to the person(s) named below at the address stated below for such person:

Stephen J. Erigero, Esq.
Timothy J. Lepore, Esq.
ROPERS, MAJESKI, KOHN & BENTLEY
3753 Howard Hughes Pkwy, Suite 200
Las Vegas, NV 89169
Phone: 702-954-8300
Email: stephen.erigero@rmkb.com
        timothy.lepore@rmkb.com
*Attorneys for The Langsdale Law Firm, P.C.*

Terry A. Coffing, Esq.
Chad F. Clement, Esq.
Jared M. Moser, Esq.
MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, NV 89145
Phone: 702-382-0711
Email: tcoffing@maclaw.com
        cclement@maclaw.com
        jmoser@maclaw.com
*Attorneys for AcctCorp and Parker & Edwards, Inc.*

I declare under penalty of perjury under the laws of the State of Nevada that the foregoing is a true and correct statement and that this Certificate was executed on the aforementioned date above.

Signed: *<u>/s/Jennifer Martinez</u>*
**An employee of THE LAW OFFICE OF VERNON A. NELSON**

VERNON A. NELSON, JR., ESQ.
Nevada Bar No.:  6434
THE LAW OFFICE OF VERNON NELSON
9480 S. Eastern Ave., Ste. 244
Las Vegas, NV   89123
Tel.:  702-476-2500
Fax.:  702-476-2788
E-mail: vnelson@nelsonlawfirmlv.com
*Attorneys for Plaintiff Linda Cox*

UNTIED STATES DISTRICT COURT

DISTRICT COURT NEVADA

| | |
|---|---|
| LINDA COX, | Case No.: 2:16-cv-02914-APG-VCF |
|          Plaintiff, | |
| v. | |
| RICHLAND HOLDINGS, INC. d/b/a ACCTCORP OF SOUTHERN NEVADA, a Nevada Corporation; PARKER & EDWARDS, INC., a Nevada Corporation, and The LANGSDALE LAW FIRM, P.C., a Nevada Professional Corporation, | **STATEMENT OF REPRESENTATION** |
|          Defendants. | |

LINDA COX, Plaintiff in the above-named case, hereby furnishes the following list of all parties to this action along with the names, addresses, telephone numbers, and e-mail addresses of their respective counsel.

This Representation Statement is made in compliance with Circuit Rule 3-2(b).

Plaintiff LINDA COX is represented by:

VERNON A. NELSON, JR., ESQ.
THE LAW OFFICE OF VERNON NELSON
9480 S. Eastern Ave., Ste. 244
Las Vegas, NV   89123
Tel.:  702-476-2500
Fax.:  702-476-2788
E-mail: vnelson@nelsonlawfirmlv.com

1    Defendant The LANGSDALE LAW FIRM, P.C., is represented by:

2               Stephen J. Erigero, Esq.
                Timothy J. Lepore, Esq.
3               ROPERS, MAJESKI, KOHN & BENTLEY
                3753 Howard Hughes Pkwy, Suite 200
4               Las Vegas, NV 89169
                Phone: 702-954-8300
5               Email: stephen.erigero@rmkb.com
                timothy.lepore@rmkb.com
6

7    Defendants ACCTCORP OF SOUTHERN NEVADA and PARKER & EDWARDS, INC.

8    are represented by:

9               Terry A. Coffing, Esq.
                Chad F. Clement, Esq.
10              Jared M. Moser, Esq.
                MARQUIS AURBACH COFFING
11              10001 Park Run Drive
                Las Vegas, NV 89145
12              Phone: 702-382-0711
                Email: tcoffing@maclaw.com
13                     cclement@maclaw.com
                       jmoser@maclaw.com
14

15   DATED this 2nd day of April, 2019.

16                                THE LAW OFFICE OF VERNON NELSON

17                                By:      /s/ Vernon Nelson
                                           VERNON NELSON, ESQ.
18                                         Nevada Bar No.: 6434
                                           9480 S. Eastern Avenue, Suite 244
19                                         Las Vegas, NV   89123
                                           Tel:  702-476-2500
20                                         Fax:  702-476-2788
                                           E-Mail:  vnelson@nelsonlawfirmlv.com
21                                         *Attorneys for Plaintiff Linda Cox*

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

I, <u>Jennifer Martinez</u>, declare under penalty of perjury that on the 2nd day of April, 2019, I served copies of the Statement of Representation by first class US mail and via electronic email to the person(s) named below at the address stated below for such person:

Stephen J. Erigero, Esq.
Timothy J. Lepore, Esq.
ROPERS, MAJESKI, KOHN & BENTLEY
3753 Howard Hughes Pkwy, Suite 200
Las Vegas, NV 89169
Phone: 702-954-8300
Email: stephen.erigero@rmkb.com
          timothy.lepore@rmkb.com
*Attorneys for The Langsdale Law Firm, P.C.*

Terry A. Coffing, Esq.
Chad F. Clement, Esq.
Jared M. Moser, Esq.
MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, NV 89145
Phone: 702-382-0711
Email: tcoffing@maclaw.com
          cclement@maclaw.com
          jmoser@maclaw.com
*Attorneys for AcctCorp and Parker & Edwards, Inc.*

I declare under penalty of perjury under the laws of the State of Nevada that the foregoing is a true and correct statement and that this Certificate was executed on the aforementioned date above.


Signed: *<u>/s/Jennifer Martinez</u>*
**An employee of THE LAW OFFICE OF
VERNON A. NELSON**